# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGE EUGENE CROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF SANDRA HUTCHENS, et al.,<br><br>　　　　Defendants. | No. SA CV 11-1399-CJC (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Plaintiff's Third Amended Complaint is dismissed without leave to amend for failure to state a claim, but without prejudice to plaintiff raising his claims as a petition for writ of habeas corpus.

1      3.    Judgment shall be entered consistent with this order.

2      4.    The clerk shall serve this order and the judgment on all counsel or parties of record.

4  DATED: May 30, 2012

                                        HONORABLE CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE