JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGE EUGENE CROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF SANDRA HUTCHENS, et al.,<br><br>    Defendants. | No. SA CV 11-1399-CJC (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting magistrate judge's final report and recommendation, IT IS ADJUDGED that this action is dismissed.

DATED: May 30, 2012

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE